UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPI
NORTHERN DIVISION

| | |
|---|---|
| **ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL D. BILLINGS and MDB GROUP, LLC;**<br>**TERRY WAYNE KELLY, JR. and KELLY MANAGEMENT, LLC;**<br>**and WILLIAM B. MCHENRY, JR. and FIRST SOUTH INVESTMENTS, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**3:18-cv-679-CWR-FKB**<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>**Hon. Carlton W. Reeves, District Judge** |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for:

*Alysson Mills, in Her Capacity as Receiver for Arthur Lamar Adams and*

*Madison Timber Properties, LLC*

                                                      Respectfully submitted,

Date:   October 5th, 2018           /s/LaToya T. Jeter

                                              LaToya T. Jeter (MSB# 102213)
                                              BROWN BASS & JETER, PLLC
                                              *Counsel for Plaintiff*

OF COUNSEL:

BROWN BASS & JETER, PLLC
1755 Lelia Drive, Suite 400 (39216)
Post Office Box 22969
Jackson, Mississippi 39225-2969
T:  (601) 487-8448
F:  (601) 510-9934
jeter@bbjlawyers.com

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   October 5th, 2018                     /s/LaToya T. Jeter

                                              LaToya T. Jeter