UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. BILLINGS and MDB GROUP, LLC;<br>TERRY WAYNE KELLY, JR. and KELLY MANAGEMENT, LLC;<br>and WILLIAM B. MCHENRY, JR. and FIRST SOUTH INVESTMENTS, LLC,<br><br>Defendants. | Case No. 3:18-cv-679<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge<br>Hon. F. Keith Ball, Magistrate Judge |

**MOTION TO SUSPEND SCHEDULING ORDER AS TO BILLINGS**

Alysson Mills, in her capacity as the court-appointed receiver (the "Receiver") for Arthur Lamar Adams ("Adams") and Madison Timber Properties, LLC ("Madison Timber"), through undersigned counsel, respectfully files this Motion to Suspend Scheduling Order as it relates to Michael D. Billings and MDB Group, LLC (collectively "Billings") and states as follows:

1.

The Receiver filed a Motion for Summary Judgment on November 6, 2018. [Doc. 31] The Court's scheduling order dated November 1, 2018 [Doc. 30] requires that Billings respond to the Motion for Summary Judgment within 30 days, or by December 6, 2018.

2.

As the Receiver has represented many times, she wishes to resolve the Receivership Estate's claims against each of the defendants in this case efficiently, to minimize time and expense to the Receivership Estate. The Receiver offered to suspend further litigation against a defendant if the defendant agreed to 1) make a full and complete financial disclosure, 2) commit to attempt to negotiate a settlement in good faith, and 3) preserve assets pending negotiations.

3.

On November 13, 2018, this Court entered an agreed order preserving Billings's assets. [Doc. 36] On November 15, 2018, Billings made what the Receiver deems to be a full and complete financial disclosure. Since then the parties have attempted to negotiate a settlement in good faith.

4.

The Receiver wishes to advise the Court that the parties' negotiations have been productive, and the Receiver believes settlement is likely.

5.

In the interest of conserving the parties' and the Court's resources, the Receiver moves to suspend the Court's scheduling order dated November 1, 2018 [Doc. 30] as it relates to Billings to permit the parties additional time to finalize a settlement that the Receiver may recommend for the Court's approval. If a settlement is not finalized, the Receiver may move to reinstate the scheduling order as to Billings.

6.

The Receiver submits that the Court may suspend the scheduling order as it relates to Billings by simply entering a text-only order via the Court's CM/ECF system. Suspending the

scheduling order as it relates to Billings shall not suspend the scheduling order as it relates to any other defendant in this case.

_____

WHEREFORE, the Receiver respectfully asks that this motion be granted.

November 30, 2018

Respectfully submitted,

*/s/ Lilli Evans Bass*

BROWN BASS & JETER, PLLC
Lilli Evans Bass, Miss. Bar No. 102896
LaToya T. Jeter, Miss. Bar No. 102213
1755 Lelia Drive, Suite 400
Jackson, Mississippi 39216
Tel: 601-487-8448
Fax: 601-510-9934
bass@bbjlawyers.com
*Receiver's counsel*

*/s/ Brent B. Barriere*

FISHMAN HAYGOOD, LLP
*Admitted pro hac vice*
Brent B. Barriere, *Primary Counsel*
Jason W. Burge
Kristen D. Amond
Rebekka C. Veith
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Tel: 504-586-5253
Fax: 504-586-5250
bbarriere@fishmanhaygood.com
jburge@fishmanhaygood.com
kamond@fishmanhaygood.com
rveith@fishmanhaygood.com
*Receiver's counsel*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

In addition, I have separately emailed a copy of the foregoing to:

Andy Taggart
Taggart, Rimes & Graham, PLLC
andy@trglawyers.com

*Counsel for Michael D. Billings and MDB Group, LLC*

Joseph "Whit" Cooper
Farese, Farese & Farese PA
wcooper@fareselaw.com

*Counsel for Terry Wayne Kelly, Jr. and Kelly Management, LLC*

Frank W. Trapp
Phelps Dunbar LLP
frank.trapp@phelps.com

*Counsel for William B. McHenry, Jr. and First South Investments, LLC*

Date:  November 30, 2018                  */s/  Brent B. Barriere*
                                           Admitted *pro hac vice*

4